UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DERICK LOUIS WILLIAMS,   23-CV-10323 (JGLC) (VF)

                Plaintiff,   **ORDER**

      -against-

TONYA CHESTNUT, et al.,

                Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court hereby enters the following briefing schedule for Defendants' motion to dismiss at ECF No. 29:

- Plaintiff is directed to file an opposition by **Monday, May 5, 2025**;
- Defendants are directed to file replies, if any, by **Monday, May 19, 2025**.

    **SO ORDERED.**

DATED:   New York, New York
            April 15, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge