UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERICK LOUIS WILLIAMS,

                Plaintiff,

        -against-

SAMARITAN DAYTOP VILLAGE
WOODSIDE, et al.,

                Defendants.

23-CV-10323 (JGLC) (VF)

**OPINION AND ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On November 21, 2023, *pro se* Plaintiff Derick Louis Williams, initiated this action against Samaritan Daytop Village Woodside Senior Center, Tonya Chestnut, and Robert Kloepping, alleging workplace discrimination and retaliation. ECF No. 1. On March 14, 2024, the Court referred this case to Magistrate Judge Valerie Figueredo for general pretrial and dispositive motions. ECF No. 8. On April 14, 2025, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. ECF No. 29. Plaintiff opposed, styled as a "Motion Why the Plaintiff['s] Case Should Not Be Dismissed." ECF No. 33.

Following the parties' briefing, Judge Figueredo issued a Report and Recommendation on January 30, 2026. ECF No. 35. Judge Figueredo recommended that Defendants' Motion to Dismiss be granted and that Plaintiff's Second Amended Complaint be dismissed with prejudice. *Id.* at 2.

In the present case, the Report and Recommendation advised the parties that they had fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *Id.* at 11. In addition, the Report and Recommendation expressly called the parties' attention to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). *Id.* Nevertheless, as of the

date of this Order, no objections have been filed and no request for an extension of time to object has been made. Accordingly, the parties have waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992).

Despite the waiver, the Court has reviewed the motion, briefings, and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. First, Judge Figueredo recommended dismissal of claims previously dismissed with prejudice. ECF No. 35 at 3. Second, Judge Figueredo also recommended dismissal of Plaintiff's Title VII and NYSHRL claims because Plaintiff failed to exhaust administrative remedies and failed to state a claim for relief. *Id.* at 4–11.

Accordingly, it is hereby ORDERED that the Report and Recommendation of Magistrate Judge Figueredo is ADOPTED in its entirety. Defendants' Motion to Dismiss is GRANTED and Plaintiff's Second Amended Complaint is dismissed with prejudice. The Clerk of Court is respectfully directed to terminate ECF Nos. 29 and 33 and close this case.

Dated:  February 20, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

2