**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DERICK LOUIS WILLIAMS,

                           Plaintiff,

        -against-                          23 **CIVIL** 10323 (JGLC)(VF)

                                          **JUDGMENT**

SAMARITAN DAYTOP VILLAGE WOODSIDE,
et al.,

                           Defendants.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 20, 2026, the Report and

Recommendation of Magistrate Judge Figueredo is ADOPTED in its entirety. Defendants'

Motion to Dismiss is GRANTED and Plaintiff's Second Amended Complaint is dismissed with

prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       February 24, 2026

                                    **TAMMI M. HELLWIG**

                                  _____

                                      **Clerk of Court**

                  **BY:**           K. Mango

                                  _____

                                      **Deputy Clerk**